**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02250-EWN-BNB

JAMES GARNER,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendants,

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIM FOR
EXEMPLARY DAMAGES WITHOUT PREJUDICE**
_____

      The Court having reviewed Plaintiff's Motion To Dismiss Claim For Exemplary

Damages Without Prejudice, and being fully apprised in the premises,

      **HEREBY GRANTS**, Plaintiff's motion dismissing <u>without prejudice</u> the claim

of exemplary damages against Defendant.

      Dated this 20th day of November, 2007.

                              BY:

                              <u>s/ Edward W. Nottingham</u>
                              Chief United States District Judge