# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02250-EWN-BNB

JAMES GARNER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants,

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIMS OF NEGLIGENCE AND NEGLIGENCE PER SE WITHOUT PREJUDICE
_____

    The Court having reviewed Plaintiff's Motion To Dismiss Claims of Negligence and Negligence Per Se Without Prejudice, and being fully apprised in the premises,

    **HEREBY GRANTS**, Plaintiff's motion dismissing without prejudice the claims of negligence and negligence per se against Defendant.

    Dated this 20th day of November, 2007.

                                                 BY:

                                                s/ Edward W. Nottingham
                                                United States District Court Judge