IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 07-cv-02250-EWN-BNB          Date: February 13, 2008
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A401

JAMES GARNER,                                  Ethan McQuinn

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE                   Sheryl Anderson
INSURANCE COMPANY,                             Sarah O'Brien
an Illinois corporation

        Defendant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:          8:32 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion for leave to amend complaint to add exemplary damages
against defendant filed January 25, 2008; Doc. 21 is Taken Under Advisement.**

Court in Recess          9:18 a.m.          Hearing concluded.

Total time in court:          00:46