IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02250-EWN-BNB

JAMES GARNER,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

Defendant.
_____

**ORDER**
_____

Counsel for the parties appeared this morning for a status conference in anticipation of the settlement conference set for March 12, 2008. Despite my earlier order requiring that the defendant send a representative to the settlement conference with "**full authority** to negotiate all terms and demands presented by the case," Minute Order [Doc. # 15, filed 12/11/2007] (original emphasis), counsel for the defendant stated that her client representative would have limited financial authority. Should that occur, defense counsel would subject her client to the possibility of being in contempt of my order. To avoid any confusion on the matter and consistent our discussion on the record this morning:

IT IS ORDERED that the client representative for the defendant present in person at the settlement conference on March 12, 2008, shall be the person with ultimate responsibility for this matter and must have the authority to offer in settlement an amount equal to the plaintiff's last demand, without making a telephone call or otherwise consulting anyone.

Dated March 10, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge